IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:01CR3077 |
| | ) | |
| v. | ) | |
| | ) | |
| MARIA J. TREVINO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Defendant appeared this date with counsel on the petition for offender under supervision.

IT IS ORDERED:

Defendant is released under the previous conditions of supervised release with the additional condition:

Defendant shall participate in good faith and complete the treatment program at St. Monica's and shall abide by all of the rules of said facility. Defendant shall not leave the treatment facility without the express approval of the supervising officer and the staff of the facility. In the event that the defendant is discharged from the facility for any reason whatsoever or leaves the premises of the facility without authorization, s/he shall immediately report to her supervising officer or the nearest office of the United States Marshal. The supervising officer, the United States Marshal, or any other law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court to review the conditions of release.

DATED this 1st day of November, 2007.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge