IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| )| |
| Plaintiff,       ) | |
| ) | |
| v.       ) | Case No.  4:01CR3077 |
| ) | |
| MARIA JULIE TREVINO,       ) | |
| ) | |
| Defendant.       ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Dispositional Hearing, filing 46, now set for January 8, 2008, at 1:00 p.m. until a date certain in approximately 60 days.  The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the dispositional hearing scheduled in this case shall be continued until Tuesday, March 11, 2008, at 1:00 p.m.  The defendant is ordered to appear at such time.

January 7, 2008.                    BY THE COURT:

                        s/ *Richard G. Kopf*
                        United States District Judge